# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE STEPHEN KING, | OLD CASE NO. 1:01-cv-05189-OWW-SMS PC |
| Plaintiff, | NEW CASE NO. 1:01-cv-05189-AWI-SMS PC |
| v. | |
| ADAMS, et al., | ORDER REASSIGNING THE CASE FROM DISTRICT JUDGE OLIVER W. WANGER TO DISTRICT JUDGE ANTHONY W. ISHII |
| Defendants. | |
| _____/ | |

IT IS HEREBY ORDERED that this case is reassigned from District Judge Oliver W. Wanger (OWW) to District Judge Anthony W. Ishii (AWI) and that all future pleadings and/or correspondence shall hereinafter be correctly numbered as follows:

1:01-cv-05189-AWI-SMS (PC)

Use of an incorrect case number, including the judge's initials, could result in documents being misdirected and/or incorrectly calendared by the appropriate judicial officer and/or staff.

IT IS SO ORDERED.

Dated: ___January 7, 2013___                    _____
                                                UNITED STATES DISTRICT JUDGE